THE STATE OF IOWA, Appellee, v. WILLIAM HENDERSON, Appellant.

Assault: VERDICT: APPEAL.

*Appeal from Polk District Court.*—HON. A. W. WILKINSON, Judge.

FRIDAY, OCTOBER 16, 1891.

*John Y. Stone*, Attorney General, for the State.

No appearance for appellant.

BECK, C. J.—The defendant was indicted and convicted for an assault with intent to commit murder, and sentenced to the state peniten-

tiary for three years, and now appeals to this court. The transcript of the record before us shows no other proceedings in the case, except the indictment and record entry of judgment, in which no irregularities or errors appear. The judgment, therefore, must be AFFIRMED.